1

2

3                                                              *E-Filed 8/26/13*

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11

DIETRICH PENNINGTON,                     No. C 13-1725 RS (PR)

12
                Petitioner,              **ORDER DENYING APPLICATION**
13                                       **TO PROCEED IN FORMA**
        v.                               **PAUPERIS;**
14
G. LEWIS, Warden,                        **ORDER DIRECTING PETITIONER**
15                                       **TO PAY THE FILING FEE BY**
                Respondent.              **OCTOBER 1, 2013**
16
                                    /
17

18        This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se*

19   state prisoner.  Presently before the Court is petitioner's application to proceed *in forma*

20   *pauperis* ("IFP").  (*See* Docket No. 5.)

21        In support of such application, petitioner submitted a Certificate of Funds in

22   Prisoner's Account signed by an authorized state official.  The Certificate of Funds shows

23   that the average deposits to petitioner's account for the six months preceding the filing of the

24   IFP application were $83.38, and the average balance in petitioner's account for the same

25   time period was $301.59.

26        Based on the above, the Court finds that petitioner is able to afford the $5.00 filing fee

27   in this action.  Accordingly, petitioner's application to proceed IFP is DENIED.  Petitioner

28
                                              No. C 13-1725 RS (PR)
                                              ORDER DENYING IFP APPLICATION

**United States District Court**
For the Northern District of California

1  shall pay the $5.00 filing fee in this matter by submitting such payment to the Clerk of the

2  Court on or before October 1, 2013.  Petitioner's failure to do so will result in the dismissal

3  of this action for failure to prosecute under Federal Rule of Civil Procedure 41(b), and

4  without further notice to petitioner.

5       Petitioner's motion for the appointment of counsel (Docket No. 2) is DENIED without

6  prejudice.  Petitioner may refile this motion when he pays his filing fee.  This order

7  terminates Docket Nos. 2 and 5.

8       **IT IS SO ORDERED.**

9  DATED:  August 26, 2013

   _____
   RICHARD SEEBORG
10                                    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28