*E-Filed 8/26/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIETRICH PENNINGTON,<br><br>    Petitioner,<br><br>    v.<br><br>G. LEWIS, Warden,<br><br>    Respondent.<br>_____/ | No. C 13-1725 RS (PR)<br><br>**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS;**<br><br>**ORDER DIRECTING PETITIONER TO PAY THE FILING FEE BY OCTOBER 1, 2013** |

This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se* state prisoner. Presently before the Court is petitioner's application to proceed *in forma pauperis* ("IFP"). (*See* Docket No. 5.)

In support of such application, petitioner submitted a Certificate of Funds in Prisoner's Account signed by an authorized state official. The Certificate of Funds shows that the average deposits to petitioner's account for the six months preceding the filing of the IFP application were $83.38, and the average balance in petitioner's account for the same time period was $301.59.

Based on the above, the Court finds that petitioner is able to afford the $5.00 filing fee in this action. Accordingly, petitioner's application to proceed IFP is DENIED. Petitioner

shall pay the $5.00 filing fee in this matter by submitting such payment to the Clerk of the Court on or before October 1, 2013.  Petitioner's failure to do so will result in the dismissal of this action for failure to prosecute under Federal Rule of Civil Procedure 41(b), and without further notice to petitioner.

Petitioner's motion for the appointment of counsel (Docket No. 2) is DENIED without prejudice.  Petitioner may refile this motion when he pays his filing fee.  This order terminates Docket Nos. 2 and 5.

**IT IS SO ORDERED.**

DATED:  August 26, 2013

RICHARD SEEBORG
United States District Judge