*E-Filed 10/2/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIETRICH PENNINGTON, | No. C 13-1725 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| G. LEWIS, Warden, | |
| Respondent. | |

Petitioner has failed to comply with the Court's order to pay the filing fee. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, petitioner may move to reopen the action. Any such motion **must** contain full payment for the filing fee of $5.00. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

DATED: October 1, 2013

RICHARD SEEBORG
United States District Judge

No. C 13-1725 RS (PR)
ORDER OF DISMISSAL