**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIETRICH PENNINGTON,<br><br>    Petitioner,<br><br>    v.<br><br>G.D. LEWIS,<br><br>    Respondent. | No. C 13-1725 RS (PR)<br><br>**ORDER REOPENING ACTION** |

This federal habeas action was dismissed because petitioner failed to pay the filing fee. The fee has now been paid. The action is REOPENED, and the Clerk shall amend the docket accordingly. The judgment (Docket No. 8) and the order of dismissal (Docket No. 7) are VACATED. In a separate order, the Court will review the petition.

**IT IS SO ORDERED**.

DATED: October 9, 2013

                                                RICHARD SEEBORG
                                                United States District Judge